H/H/W

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
9-3-2008
SEP 0 3 2008  LCW
SEP 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States of America ex rel.   )
                                   )
DENNIS W. ROGERS JR R41290         )
(Full name and prison number)      )
(Include name under which convicted) )
                                   )
PETITIONER                         )      08CV5014
                                   )      JUDGE KENDALL
            vs.                    )      MAG. JUDGE NOLAN
                                   )
                                   )
_____    )
(Warden, Superintendent, or authorized )
person having custody of petitioner) )
                                   )
RESPONDENT, and                    )
                                   )
(Fill in the following blank **only** if judgment )
attacked imposes a sentence to commence )
in the future)                     )
                                   )
ATTORNEY GENERAL OF THE STATE OF   )      Case Number of State Court Conviction:
                                   )
ILLINOIS                           )      NO. 03 CF 257
(State where judgment entered)     )

PETITION FOR WRIT OF HABEAS CORPUS – PERSON IN STATE CUSTODY

1. Name and location of court where conviction entered: Circuit Court for the 17th Judicial Circuit, Boone County, Illinois

2. Date of judgment of conviction: January 28, 2005

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)
First degree murder (720 ILCS 5/9-1 (a)(2).

4. Sentence(s) imposed: 45 years

5. What was your plea? (Check one)   (A) Not guilty    (✓)
                                     (B) Guilty        ( )
                                     (C) Nolo contendere ( )

If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:

Revised: 7/20/05

**PART I – TRIAL AND DIRECT REVIEW**

1. Kind of trial: (Check one):   Jury ( )   Judge only (✓)
2. Did you testify at trial?   YES ( )   NO (✓)
3. Did you appeal from the conviction or the sentence imposed? YES (✓) NO ( )

    (A) If you appealed, give the

        (1) Name of court: __Appellate Court of Illinois__
        (2) Result: __Appeal denied__
        (3) Date of ruling: __DEC. 9, 2006__
        (4) Issues raised: __Abuse of discretion__

    (B) If you did not appeal, explain briefly why not: [scribbled out]

4. Did you appeal, or seek leave to appeal, to the highest state court?   YES (✓)   NO ( )

    (A) If yes, give the

        (1) Result: __Denied__
        (2) Date of ruling: __MAR 28, 2007__
        (3) Issues raised: __Ineffective assistance of counsel.__

    (B) If no, why not: _____

5. Did you petition the United States Supreme Court for a writ of *certiorari*? Yes ( )   No (✓)

    If yes, give (A) date of petition: _____   (B) date *certiorari* was denied: _____

## PART II – COLLATERAL PROCEEDINGS

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

   YES (✓)  NO ( )

   With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

   A. Name of court: Boone County circuit court.

   B. Date of filing: MAY ~~~~, 2007

   C. Issues raised: ineffective assistance of counsel.

   D. Did you receive an evidentiary hearing on your petition?  YES ( )  NO (✓)

   E. What was the court's ruling? it was without merit

   F. Date of court's ruling: SEP, 13, 2007

   G. Did you appeal from the ruling on your petition?  YES ( )  NO (✓)

   H. (a)  If yes, (1) what was the result? _____

         (2) date of decision: _____

     (b)  If no, explain briefly why not: MISSED DEADLINE

   I. Did you appeal, or seek leave to appeal this decision to the highest state court?

   YES ( )  NO (✓)

     (a)  If yes, (1) what was the result? _____

         (2) date of decision: _____

     (b)  If no, explain briefly why not: MISSED DEADLINE

2. With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?   YES ( )   NO (✓)

    A. If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

        1.   Nature of proceeding    _____

        2.   Date petition filed      _____

        3.   Ruling on the petition    _____

        4.   Date of ruling            _____

        5.   If you appealed, what was the ruling on appeal?    _____

        6.   Date of ruling on appeal    _____

        7.   If there was a further appeal, what was the ruling?    _____

        8.   Date of ruling on appeal    _____

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court**?   YES ( )   NO (✓)

    A. If yes, give name of court, case title and case number: _____

    B. Did the court rule on your petition? If so, state

        (1) Ruling: _____

        (2) Date: _____

4. With respect to this conviction or sentence, are there legal proceedings pending in any court, other than this petition?   YES ( )   NO (✓)

    If yes, explain: _____

4

Revised: 7/20/05

**PART III – PETITIONER'S CLAIMS**

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

**BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

(A) Ground one ABUSE OF DISCRETION
Supporting facts (tell your story briefly without citing cases or law):

The court abused its discretion in sentencing because substantial mitigating factors were present that the court ignored and the court erred in finding as an aggravating factor that the murder was a brutal and heinous act indicative of wanton cruelty.

(B) Ground two ineffective assistance of trial counsel
Supporting facts:

The trial counsel coerced me into taking a guilty plea by telling my family that I would get the death penalty if I refused the states offer.

(C) Ground three _____
    Supporting facts:

_____

_____

_____

_____

_____

_____


(D) Ground four _____
    Supporting facts:

_____

_____

_____

_____

_____

_____


2. Have all grounds raised in this petition been presented to the highest court having jurisdiction?

   YES (X)   NO ( )

3. If you answered "NO" to question (2), state <u>briefly</u> what grounds were not so presented and why not:

_____

_____

**PART IV – REPRESENTATION**

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing  Azhar J. Minhas, Boone County Circuit Court.

(B) At arraignment and plea  Azhar J. Minhas

(C) At trial  Azhar J. Minhas

(D) At sentencing  Azhar J. Minhas

(E) On appeal  Kathleen Weck, 2010 LARKIN AVE. ELGIN, IL, 60123

(F) In any post-conviction proceeding  Myself

(G) Other (state): _____

**PART V – FUTURE SENTENCE**

Do you have any future sentence to serve following the sentence imposed by this conviction?

YES ( )  NO (X)

Name and location of the court which imposed the sentence: _____

Date and length of sentence to be served in the future _____

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on: 8-19-08
(Date)

_____
Signature of attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of petitioner)

R41290
(I.D. Number)

PO BOX 711, MENARD, IL, 62259
(Address)

IN THE UNITED STATES DISTRICT COURT
FOR THE __NORTHERN__ DISTRICT OF ILLINOIS

__STATE OF ILLINOIS__
　　　　　　　　Plaintiff,

v.                                          No. _____

__DENNIS ROGERS JR__
　　　　　　　　　　　　　　　　　　　The Honorable
_____
_____
　　　　　　Defendants.              Judge Presiding.

### NOTICE OF FILING

TO: __CLERK OF THE UNITED STATES DISTRICT COURT__
__PRISONER CORRESPONDENT__
__219 S. DEARBORN ST, CHICAGO, IL 60604__

PLEASE TAKE NOTICE that on or before the __18__ day of __August__, __2008__, I shall file with the Clerk of the U.S. District Court For The __NORTHERN__ District of Illinois, the attached Plaintiff's __PETITION FOR WRIT OF HABEAS CORPUS__, a copy of which is hereby served upon you.

BY: __DENNIS ROGERS JR__
　　　Register Number __R41290__
　　　Post Office Box 711,
　　　Menard, Illinois 62259

### CERTIFICATE OF SERVICE

I, __DENNIS W ROGERS JR__, being duly sworn aver that I have served copies of the foregoing to the person named above by placing such copies in the U.S. Mailbox at the Menard Correctional Center on the __19__ day of __August__, __08__; postage prepaid. UNDER THE PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Affiant/